**91–854.** Cleveland Bar Assn. v. Jurek. On request for extension of time to pay costs. Request granted.

Moyer, C.J., dissents.

**91–1251.** Dayton Bar Assn. v. Gross. On response to show cause order. Extension of time to pay costs granted; installments of at least $50 per month granted.

Moyer, C.J., dissents.

**91–1772.** Cincinnati Bar Assn. v. Friedman. On relator's motion for order to show cause. Jules K. Friedman is found in contempt.

Douglas, Wright and H. Brown, JJ., would order respondent to show cause.

**92–502.** Yoder v. Wisniewski. On motion of respondent Marshall D. Wisniewski and Crandall, Pheils & Wisniewski for an order quashing subpoena and for protective order from Disciplinary Counsel. Motion denied.

**92–568.** In re Carney. Pursuant to the provisions of Gov.Bar R. V(9)(a)(iii), Thomas Edward Carney, Attorney Registration No. 0023984, is indefinitely suspended from the practice of law.